United States Bankruptcy Court
Middle District of Florida

```
In re:                                                      Case No. 19-02629-KSJ
Michael Tidwell                                             Chapter 7
Bettie Tidwell
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-6        User: kbrickner         Page 1 of 2          Date Rcvd: Apr 23, 2019
                            Form ID: 309A           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
db/jdb         +Michael Tidwell,    Bettie Tidwell,    2846 Longleaf Court,    Kissimmee, FL 34746-3012
28201906        ARstrat, LLC,    P.O. Box 790113,    Saint Louis, MO 63179-0113
28201909       +Chase Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
28201911        ER Phy Solutions of N FL. LL,    P.O. Box 80220,    Philadelphia, PA 19101-1220
28201913        Kay Jewelers / GEnesis,    Genesis Card Services,    P.O. Box 23026,    Columbus, GA 31902-3026
28201914       +M. Kalakota, MD,    1920 N. Central Avenue,    Kissimmee, FL 34741-2331
28201915        Mid American Loans,    P.O. Box 37628,    Philadelphia, PA 19101-0628
28201920       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
28201921        The Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
28201922        U.S. Dept of Education,    c/o Mohelia,    P.O. Box 105347,    Atlanta, GA 30348-5347
28204204       +United States Attorney,    400 West Washington Street,    Suite 3100,    Orlando FL 32801-2440
28201923       +Watson Realty,    1445 W. Hwy 434  #200,    Longwood, FL 32750-7202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: hillmanlaw@outlook.com Apr 23 2019 23:41:51      Randy E Hillman,
                 Randy Hillman, PA,   1073 Willa Springs Drive, #2029,    Winter Springs, FL   32708
tr             +EDI: QAMAHENDRU.COM Apr 24 2019 03:28:00      Arvind Mahendru,    5703 Red Bug Lake Road,
                 Suite 284,   Winter Springs, FL 32708-4969
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Apr 23 2019 23:42:57
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
28201907        EDI: BANKAMER.COM Apr 24 2019 03:28:00      Bank of America,    P.O. Box 851001,
                 Dallas, TX 75285-1001
28201908        EDI: CAPITALONE.COM Apr 24 2019 03:28:00      Capital One,    P.O. Box 60599,
                 City of Industry, CA 91716-0599
28201910        EDI: DISCOVER.COM Apr 24 2019 03:28:00      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
28201904        EDI: FLDEPREV.COM Apr 24 2019 03:28:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
28201905        EDI: IRS.COM Apr 24 2019 03:28:00      Internal Revenue Service,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
28201916       +E-mail/Text: bankruptcies@orlandofcu.org Apr 23 2019 23:43:07      Orlando Federal Credit Union,
                 1117 S. Westmoreland Drive,    Orlando, FL 32805-3819
28201903        E-mail/Text: taxbankruptcy@osceola.org Apr 23 2019 23:43:59      Osceola County Tax Collector,
                 Attn: Patsy Heffner,    Post Office Box 422105,    Kissimmee FL 34742-2105
28201917        EDI: HCA2.COM Apr 24 2019 03:28:00      Osceola Regional Med Ctr,    P.O. Box 740771,
                 Cincinnati, OH 45274-0771
28201918        EDI: HCA2.COM Apr 24 2019 03:28:00      Osceola Regional Medical Cen,    P.O. Box 740771,
                 Cincinnati, OH 45274-0771
28201919       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 23 2019 23:43:45      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28201912        Internal Revenue Service
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-6          User: kbrickner            Page 2 of 2           Date Rcvd: Apr 23, 2019
                              Form ID: 309A              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:

```
              Arvind   Mahendru     amtrustee@gmail.com,  amahendru@ecf.axosfs.com
              Randy E Hillman    on behalf of Joint Debtor Bettie  Tidwell hillmanlaw@outlook.com
              Randy E Hillman    on behalf of Debtor Michael  Tidwell hillmanlaw@outlook.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael Tidwell** | Social Security number or ITIN  **xxx–xx–5399** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bettie Tidwell** | Social Security number or ITIN  **xxx–xx–2359** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7**   **4/22/19** |
| Case number:   **6:19–bk–02629–KSJ** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Tidwell | Bettie Tidwell |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2846 Longleaf Court<br>Kissimmee, FL 34746 | 2846 Longleaf Court<br>Kissimmee, FL 34746 |
| 4. | **Debtor's attorney**<br>Name and address | Randy E Hillman<br>Randy Hillman, PA<br>1073 Willa Springs Drive, #2029<br>Winter Springs, FL 32708 | Contact phone (407) 695–0874<br><br>Email:  hillmanlaw@outlook.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Arvind Mahendru<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708 | Contact phone (407) 504–2462 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: April 23, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **May 28, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** July 29, 2019 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |