UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MICHAEL TIDWELL and             Case No.:  6:19-bk-02629-KSJ
BETTIE TIDWELL,                    Chapter:  7

       Debtors.                     /

## QUICKEN LOANS INC.'S VERIFIED
## MOTION FOR RELIEF FROM AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Quicken Loans Inc. (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Michael Tidwell and Bettie Tidwell (the "Debtors"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

     1.     <u>Debtors' Bankruptcy Case</u>.  On April 22, 2019, the Debtors filed the above-captioned Chapter 7 bankruptcy case.

     2.     <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to

28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>. On September 27, 2010, the Debtors executed and delivered a note (the "Note") in the principal amount of $340,236.00, which is secured by a mortgage (the "Mortgage"). The Mortgage was executed by Debtors. The Mortgage is recorded in Official Records Book 10116 at Page 6020, of the Public Records of Orange County, Florida. A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **Exhibit A, B and C**.

4. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 7233 Hawksnest Blvd, Orlando, Florida 32835 and further described as follows:

> Land Situated in the County of Orange in the State of FL
>
> LOT 84, HAWKSNEST, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 21, PAGE 138, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

5. <u>Secured Creditor's Claim</u>. The Debtors owe Secured Creditor an outstanding principal balance of $285,713.63, plus applicable interest, penalties, fees and costs, and have defaulted by failing to make the payment due on February 1, 2019, and all subsequent payments due thereafter.

6. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- Secured Creditor's interest is not being adequately protected as the loan is due for the February 1, 2019 payment and all subsequent payments due thereafter.

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization.

- The Property is not claimed as exempt on Schedule C.

- Interest continues to accrue; and

- Property taxes continue to accrue.

7. <u>Loss Mitigation</u>.  Secured Creditor requests it be permitted to contact the Debtors regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

8. <u>Request for Attorney's Fees and Costs</u>.  Secured Creditor requests attorney's fees in the amount of $350.00 and costs of $181.00, as a result of filing the instant motion.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper**.**

                McCalla Raymer Leibert Pierce, LLC

By:    */s/ **Melbalynn  Fisher***
        Melbalynn  Fisher
        Florida Bar No. 107698
        Attorney for Creditor
        110 S.E. 6th Street, Suite 2400
        Ft. Lauderdale, Florida 33301
        Phone:  954-526-5846
        Fax:  954-526-5846
        Email:  melbalynn.fisher@mccalla.com

## **VERIFICATION**

The undersigned _Cherita Martin_____ (name of witness), as the _Loss Mitigation Officer_____ (title/position of witness) of Quicken Loans Inc.; hereby declares under penalty of perjury that:

(i) I have knowledge of the business books and records of Quicken Loans Inc.;

(ii) Based on my review of the business books and records of Quicken Loans Inc., the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B, and C** are true and correct copies of the originals.

                                                  Cherita Martin, Loss Mitigation Officer
                                                  Name and Title of Witness

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  June 7, 2019 , a true and correct copy of the foregoing was served by U.S. Mail, First Class to Michael Tidwell, 2846 Longleaf Court, Kissimmee, FL 34746 and Bettie Tidwell, 2846 Longleaf Court, Kissimmee, FL 34746; and those parties receiving CM/ECF service

- John Blair Boyd    bk@svllaw.com
- Jeffrey S Fraser    bkfl@albertellilaw.com, anhsalaw@infoex.com
- Randy E Hillman    hillmanlaw@outlook.com
- Arvind Mahendru    amtrustee@gmail.com, amahendru@ecf.axosfs.com;am01@trustesolutions.net
- Ashley Prager Popowitz    Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
- United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov


By:    */s/ Melbalynn Fisher*
          Melbalynn Fisher